AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
JAMES BONINI
CLERK

2012 MAR 30 AM 10: 58

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 2:12-mj-199
)
350 South Hague Avenue )
Columbus, Ohio )
)

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Southern     District of     Ohio    
*(identify the person or describe the property to be searched and give its location):*

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     4/5/2012    
                                                                                                *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.        ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____Terrence P. Kemp_____.
            *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*
☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  3/22/2012  9:58 a.m.     _signature_
                                                                                    Judge's signature

City and state:  Columbus, Ohio                   Terrence P. Kemp  U.S. Mag Judge
                                                                            *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:12-mj-199 | Date and time warrant executed: 3/23/2012 0900 hrs | Copy of warrant and inventory left with: Carmen Romero |
| Inventory made in the presence of: Special Agent Ryan Marvich | | |

Inventory of the property taken and name of any person(s) seized:

1 motorola cell phone 1465 (SN 364VKJV7NP)
1 motorola cell phone (SN 364VMCKQ2B)
  misc. documents including indicia of occupancy
  Tennessee ID & Social security card

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/30/12

_Executing officer's signature_

Ryan Marvich, Special Agent HSI
_Printed name and title_

## ATTACHMENT A

DESCRIPTION OF PREMISES AND PROPERTY TO BE SEARCHED

350 South Hague Avenue, Columbus, Ohio is described as a white two-story double house with dark trim paint. The house sits on the east side of the street with the front door facing west. It has a front porch that runs the length of the home. 350 is clearly marked on the front of the north side unit. The other half of the house has an address of 352.

## ATTACHMENT B
## PROPERTY TO BE SEIZED

A. Log books, records, payment receipts, notes and/or customer lists, ledgers, and other papers relating to the transportation, ordering, purchasing processing, storage, and distribution of controlled substances, in particular methamphetamines; all records of income and expenses for the years 2011 and 2012.

B. Papers, tickets, notices, credit card receipts, travel schedules, travel receipts, passports, and/or records, and other items relating to travel to obtain and distribute narcotics and narcotics proceeds. Evidence of such travel is often times maintained by narcotics traffickers in the form of airline receipts, bus tickets, automobile rental receipts, credit card receipts, travel schedules, diaries, hotel receipts, logs, travel agency vouchers, notes, cellular telephone tolls, and records of long distance telephone calls.

C. Books, records, invoices, receipts, records of real estate transactions, financial statements, bank statements, canceled checks deposit tickets, passbooks, money drafts, withdraw slips, certificates of deposit, letters of credit, loan and mortgage records, money orders, bank drafts, cashier's checks, bank checks, safe deposit keys, money wrappers, wire transfer applications and/or receipts, fictitious identification, and other items evidencing the obtaining, secreting, transfer, concealment, and/or expenditure of money.

D. Cellular telephone(s) and/or portable cellular telephone(s), and any stored electronic communications contained therein.

E. United States currency, precious metals, jewelry, gold coins, and financial instruments, including, but not limited to, stocks and bonds.

F. Photographs, including still photos, negatives, video tapes, films, undeveloped film and the contents therein, slides, in particular, photographs of co-conspirators, of assets and/or narcotics.

G. Address and/or telephone books, rolodex indices, and any papers reflecting names, addresses, telephone numbers, pager numbers fax numbers of co-conspirators, sources of supply, storage facilities, customers, financial institutions, and other individuals or businesses with whom a financial relationship exists.

H. Indicia of occupancy, residency, rental and/or ownership of the premises described above or vehicles located thereon, including but not limited to utility and telephone bills, canceled envelopes, keys, deeds, purchase lease agreements, land contracts, titles, and vehicle registrations.

I. The opening and search, and removal, if necessary, of any safe or locked receptacle or compartment, as some or all of the property heretofore may be maintained.
J. Narcotics paraphernalia, including but not limited to, scales, packaging materials/equipment and other instrumentalities of narcotics activities.
K. Any and all firearms.